*E-Filed 8/10/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN ALLAN RISTAU, | No. C 09-4216 RS (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| STATE OF CALIFORNIA, | |
| Respondent. | |

This is a federal habeas corpus action filed by a *pro se* former state prisoner pursuant to 28 U.S.C. § 2254. The original petition was dismissed with leave to amend, and with instructions to reallege his claims without incorporating the allegations in the original petition by reference. Petitioner has filed an amended petition, but has failed to allege any claims. Accordingly, the action is DISMISSED without prejudice to petitioner filing an amended petition that contains all the claims he wishes to present. If petitioner files an amended petition, petitioner must fully reallege any claims he chooses to bring, and he may not incorporate his original petition, or any part thereof, by reference. Petitioner's request for an order vacating his conviction (Docket No. 6) is DENIED without prejudice.

The Clerk shall enter judgment in favor of respondent and close the file.

**IT IS SO ORDERED**.

DATED: August 10, 2010

_____
RICHARD SEEBORG
United States District Judge

United States District Court
For the Northern District of California