*E-Filed 7/19/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN ALLAN RISTAU, | No. C 09-4216 RS (PR) |
| Petitioner, | **ORDER DENYING ISSUANCE OF A CERTIFICATE OF APPEALABILITY** |
| v. | |
| STATE OF CALIFORNIA, | |
| Respondent. | |

The Court dismissed the petition for writ of habeas corpus, and entered judgment in favor of respondent on October 21, 2010. The Court declines to issue a certificate of appealability. Petitioner has not shown "that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

**IT IS SO ORDERED**.

DATED: July 19, 2011

RICHARD SEEBORG
United States District Judge

No. C 09-4216 RS (PR)
ORDER DENYING ISSUANCE OF A CERTIFICATE OF APPEALABILITY